**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
(973) 622-1800
Sari B. Placona (splacona@msbnj.com)
*Counsel for Alex Zyngier, Liquidation Trustee for the Liquidating Trust for Directbuy Home Improvement, Inc., Liquidating Debtor*

**TRIF & MODUGNO LLC**
89 Headquarters Plaza
North Tower, Suite 1201
Morristown, New Jersey 07960
Louis A. Modugno (lmodugno@tm-firm.com)
*Counsel for Alex Zyngier, Liquidation Trustee for the Liquidating Trust for Directbuy Home Improvement, Inc., Liquidating Debtor*

| | |
|---|---|
| In re:<br><br>DIRECTBUY HOME IMPROVEMENT, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-19159 (SLM) |
| ALEXANDRE ZYNGIER, LIQUIDATION TRUSTEE TO THE DIRECTBUY HOME IMPROVEMENT, INC. LIQUIDATION TRUST,<br><br>Plaintiff,<br>v.<br><br>CROCKER DOWNTOWN DEVELOPMENT ASSOC. d/b/a MIZNER PARK,<br><br>Defendant. | Adv. Proc. No. 25-01648 (SLM) |

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that Plaintiff, Alexandre Zyngier, Liquidation Trustee to the

[1] The debtor's last four digits of its federal tax identification number is 4292.

Directbuy Home Improvement, Inc., Liquidation Trust, hereby dismisses the Complaint without prejudice and without costs as to the Defendant, Crocker Downton Development Assoc. d/b/a Mizner Park.

Dated: October 21, 2025

**McMANIMON, SCOTLAND & BAUMANN, LLC**
*Counsel for Alex Zyngier, Liquidation Trustee for the Liquidating Trust for Directbuy Home Improvement, Inc., Liquidating Debtor*

By: /s/ *Sari B. Placona*
Sari B. Placona



4937-8313-9188, v. 1